### FOOTS v. STATE. (No. 10572.)

(Court of Criminal Appeals of Texas. Nov. 24, 1926.)

1. Criminal law ⚖➤1144(13)—In absence of statement of facts and bill of exceptions, evidence will be presumed to support conviction.

When evidence does not appear by statement of facts or bills of exception, appellate court must presume it sufficient to support conviction.

2. Criminal law ⚖➤1144(½)—Appellate court presumes all proceedings to have been regular, in absence of statement of facts and bills of exception.

When there is no statement of facts, and no complaint is brought forward by proper bills of exception, appellate court presumes all proceedings to have been regular.

Appeal from District Court, Anderson County; Ben F. Dent, Judge.

Reagan Foots was convicted of murder, and he appeals. Affirmed.

Colley & Irving, of Palestine, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for murder with punishment assessed at imprisonment in the penitentiary for life.

[1, 2] The record is before us without a statement of facts, and with no bills of exception. The court's charge is applicable to facts provable under the indictment and seems to have been acceptable to accused, as no objection thereto is found in the record. It is much more satisfactory to this court to be informed upon what evidence the jury inflicted so severe a penalty, but in its absence we must presume it to have been sufficient to support the judgment, and, no complaint being brought forward by proper bills of exception, we must also presume all proceedings to have been regular.

The judgment is affirmed.